# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MATTHEW JOHN TAYLOR<br>DBA: FIRST CAPITAL TAX &<br>ACCOUNTING SERVICES, LLC<br><br>    Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>    Movant<br><br>MATTHEW JOHN TAYLOR<br>DBA: FIRST CAPITAL TAX &<br>ACCOUNTING SERVICES, LLC<br><br>    Respondent(s) | CHAPTER 13<br><br><br><br><br><br>CASE NO: 1-18-04554-HWV |

## CERTIFICATION OF DEFAULT

AND NOW on November 29, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 29, 2022, the Debtor(s) is/are $14,415.85 in arrears with a plan payment having last been made on Jul 22, 2022.

In accordance with said stipulation, the case may be dismissed.

                                                          Respectfully Submitted,
                                                          /s/ Douglas R. Roeder, Esquire
                                                          for Jack N. Zaharopoulos, Trustee
                                                          8125 Adams Drive, Suite A
                                                          Hummelstown, PA 17036
                                                          Phone: (717) 566-6097

Dated: November 29, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW JOHN TAYLOR
DBA: FIRST CAPITAL TAX & ACCOUNTING SERVICES, LLC

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-04554-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 29, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TONY SANGIAMO, ESQUIRE<br>343 WEST MARKET STREET<br>P.O. BOX 1324<br>YORK, PA 17401- | SERVED ELECTRONICALLY |
| MATTHEW JOHN TAYLOR<br>920 LISMORE BLVD.<br>YORK, PA 17402 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 29, 2022

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com