In re:     Case No. 18-04554-HWV

Matthew John Taylor     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Nov 30, 2022     Form ID: pdf010     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew John Taylor, 920 Lismore Blvd., York, PA 17402-9270 |
| 5124412 | + | Carrington Mortgage Conduit, 1610 E Saint Andrew Pl. Ste B150, Santa Ana, CA 92705-4941 |
| 5124417 | + | Empower Group Partners, c/o 6500Empower Group, 37-18 Northern Blvd. Ste. 409, Long Island City, NY 11101-1636 |
| 5124420 | + | Holly A. Taylor, 920 Lismore Blvd., York, PA 17402-9270 |
| 5124426 | + | Unknown/Ihc, Po Box 26415, Salt Lake City, UT 84126-0415 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Nov 30 2022 18:43:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 30 2022 18:44:00 | WELLS FARGO BANK N.A., RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5180579 | | Email/Text: bnc@atlasacq.com | Nov 30 2022 18:44:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 5124406 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Nov 30 2022 18:44:00 | Asset Acceptance Llc, Attn: Bankruptcy, Po Box 2036, Warren, MI 48090-2036 |
| 5124414 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2022 18:46:30 | Citifinancial, 300 Saint Paul Pl, Baltimore, MD 21202 |
| 5124407 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 18:46:39 | Cap One Na, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5124408 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 18:46:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5145066 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 18:46:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5124409 | + | Email/Text: bnc@bass-associates.com | Nov 30 2022 18:43:00 | Capital One N.A., c/o Bass and Associates, P.C., 3936 E. Ft. Lowell Rd. Ste. 200, Tucson, AZ 85712-1083 |
| 5124410 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 30 2022 18:46:39 | Capital One, N.a., Capital One Bank (USA) N.A., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5124411 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 30 2022 18:43:00 | Carrington Mortgage, 1610 E Saint Andrew Pl. Ste B150, Santa Ana, CA 92705-4941 |
| 5124413 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 30 2022 18:43:00 | Carrington Mortgage Services, LLC, P.O. Box 79001, Phoenix, AZ 85062-9001 |
| 5124415 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 30 2022 18:43:00 | Credit Acceptance, P.O. Box 513, Southfield, MI 48037-0513 |
| 5125034 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 30 2022 18:43:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5124416 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 30 2022 18:46:25 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5144055 | | Email/Text: G06041@att.com | Nov 30 2022 18:44:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5124418 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 30 2022 18:46:32 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5124421 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 30 2022 18:43:00 | HSBC / Best Buy, Attn: Bankruptcy, Po Box 5895, Carol Stream, IL 60197-5895 |
| 5124419 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 30 2022 18:43:00 | Hfc - Usa, Po Box 3425, Buffalo, NY 14240-3425 |
| 5124422 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 30 2022 18:44:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5140375 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 18:46:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5124423 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 30 2022 18:44:00 | Northwest Savings Bank, c/o Transworld Systems, Inc., 500 Virginia Dr. Ste. 514, Fort Washington, PA 19034-2733 |
| 5124424 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 18:44:00 | PA Department of Revenue, BUREAU OF COMPLIANCE, PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5127529 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 30 2022 18:46:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5131631 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2022 18:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5132981 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 30 2022 18:44:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5124425 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 30 2022 18:46:29 | Stpc/cbsd, CitiCards Private Label Bankruptcy, Po Box 20483, Kansas City, MO 64195-0483 |
| 5143430 | | Email/PDF: ebn_ais@aisinfo.com | Nov 30 2022 18:46:32 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5188217 | + | Email/Text: RASEBN@raslg.com | Nov 30 2022 18:44:00 | WELLS FARGO BANK N.A., RAS Crane, LLC, Authorized Agent for Secured Creditor, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5134675 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 30 2022 18:46:32 | Wells Fargo Bank, NA, 435 Ford Road, 3rd FL, Suite 300, Saint Louis Park, MN 55426-4938 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5146180 | | Wells Fargo Bank N.A., as Trustee For Carrington M, 1600 South Douglas Road Anaheim, CA 9280 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Atlas Acquisitions LLC | bk@atlasacq.com |
| Brian C Nicholas | on behalf of Creditor Wells Fargo Bank N.A. as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Tony Santo Sangiamo | on behalf of Debtor 1 Matthew John Taylor tsanlaw@gmail.com kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Matthew John Taylor

| | |
|---|---|
| | Chapter: 13 |
| Debtor 1 | Case No.: 1:18-bk-04554-HWV |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   vs.               Movant(s)

MATTHEW JOHN TAYLOR DBA:
FIRST CAPITAL TAX &
ACCOUNTING SERVICES, LLC
                   Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 30, 2022