UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MATTHEW JOHN TAYLOR | CASE NO: 18-04554<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 87 |

On 12/5/2022, I did cause a copy of the following documents, described below,

Fee Application ECF Docket Reference No. 87

Notice of Fee Application 87-6

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/5/2022

/s/ Tony Sangiamo
Tony Sangiamo  44124

Law Office of Tony Sangiamo
343 W. Market Street, P.O. Box 1324
York, PA  17405
717 718 1480
tsanlaw@gmail.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> MATTHEW JOHN TAYLOR | CASE NO: 18-04554 <br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 <br> ECF Docket Reference No. 87 |

On 12/5/2022, a copy of the following documents, described below,

Fee Application ECF Docket Reference No. 87

Notice of Fee Application 87-6

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/5/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Tony Sangiamo
Law Office of Tony Sangiamo
343 W. Market Street, P.O. Box 1324
York, PA 17405

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 18-04554<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI DEC 2 13-7-4 PST 2022 | (P)ATLAS ACQUISITIONS LCC<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | (P)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 |
| PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | WELLS FARGO BANK NA<br>RAS CRANE LLC<br>10700 ABBOTTS BRIDGE ROAD<br>SUITE 170<br>DULUTH GA 30097-8461 | EXCLUDE<br>~~(U)WELLS FARGO BANK NA AS TRUSTEE FC~~<br>~~CARRI~~ |
| EXCLUDE<br>~~US BANKRUPTCY COURT~~<br>~~RONALD REAGAN FEDERAL BUILDING~~<br>~~228 WALNUT ST RM 320~~<br>~~HARRISBURG PA 17101-1737~~ | ASSET ACCEPTANCE LLC<br>ATTN BANKRUPTCY<br>PO BOX 2036<br>WARREN MI 48090-2036 | EXCLUDE<br>~~(D)(P)ATLAS ACQUISITIONS LCC~~<br>~~492C CEDAR LANE SUITE 442~~<br>~~TEANECK NJ 07666-1713~~ |
| CAP ONE NA<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE BANK (USA) NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CAPITAL ONE NA<br>CO BASS AND ASSOCIATES PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON AZ 85712-1083 | CAPITAL ONE NA<br>CAPITAL ONE BANK USA NA<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CARRINGTON MORTGAGE<br>1610 E SAINT ANDREW PL STE B150<br>SANTA ANA CA 92705-4941 |
| CARRINGTON MORTGAGE CONDUIT<br>1610 E SAINT ANDREW PL STE B150<br>SANTA ANA CA 92705-4941 | CARRINGTON MORTGAGE SERVICES LLC<br>PO BOX 79001<br>PHOENIX AZ 85062-9001 | (P)CITIFINANCIAL<br>BANKRUPTCY FORECLOSURE UNIT<br>1000 TECHNOLOGY DRIVE<br>OFALLON MO 63368-2222 |
| CREDIT ACCEPTANCE<br>25505 WEST TWELVE MILE RD<br>SUITE 3000<br>SOUTHFIELD MI 48034-8331 | CREDIT ACCEPTANCE<br>PO BOX 513<br>SOUTHFIELD MI 48037-0513 | CREDIT ONE BANK<br>ATTN BANKRUPTCY<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 | EMPOWER GROUP PARTNERS<br>CO 6500EMPOWER GROUP<br>37-18 NORTHERN BLVD STE 409<br>LONG ISLAND CITY NY 11101-1636 | FIRST PREMIER BANK<br>601 S MINNESOTA AVE<br>SIOUX FALLS SD 57104-4868 |
| HSBC BEST BUY<br>ATTN BANKRUPTCY<br>PO BOX 5895<br>CAROL STREAM IL 60197-5895 | HFC USA<br>PO BOX 3425<br>BUFFALO NY 14240-3425 | HOLLY A TAYLOR<br>920 LISMORE BLVD<br>YORK PA 17402-9270 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA  PA 19101-7346

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

NORTHWEST SAVINGS BANK
CO TRANSWORLD SYSTEMS  INC
500 VIRGINIA DR STE 514
FORT WASHINGTON  PA 19034-2733

PA DEPARTMENT OF REVENUE
BUREAU OF COMPLIANCE
PO BOX 280946
HARRISBURG  PA 17128-0946

~~EXCLUDE~~
~~(D)PRA RECEIVABLES MANAGEMENT  LLC~~
~~PO BOX 41021~~
~~NORFOLK  VA 23541-1021~~

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION PO BOX 280946
HARRISBURG  PA 17128-0946

PREMIER BANKCARD  LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

STPCCBSD
CITICARDS PRIVATE LABEL BANKRUPTCY
PO BOX 20483
KANSAS CITY  MO 64195-0483

UNITED STATES TRUSTEE
228 WALNUT STREET  SUITE 1190
HARRISBURG  PA 17101-1722

UNKNOWNIHC
PO BOX 26415
SALT LAKE CITY  UT 84126-0415

VERIZON
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 248838
OKLAHOMA CITY  OK  73124-8838

WELLS FARGO BANK NA
RAS CRANE  LLC
AUTHORIZED AGENT FOR SECURED CREDITOR
10700 ABBOTTS BRIDGE ROAD  SUITE 170
DULUTH  GA 30097-8461

~~EXCLUDE~~
~~(U)WELLS FARGO BANK NA  AS TRUSTEE FOR~~
~~CARRIN~~
~~1600 SOUTH DOUGLAS ROAD ANAHEIM  CA~~
~~9280~~

WELLS FARGO BANK  NA
435 FORD ROAD  3RD FL  SUITE 300
SAINT LOUIS PARK  MN 55426-4938

(P)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

DEBTOR
MATTHEW JOHN TAYLOR
920 LISMORE BLVD
YORK  PA 17402-9270

TONY SANTO SANGIAMO
TONY SANGIAMO
343 W MARKET ST
PO BOX 1324
YORK  PA 17405-1324