IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **Matthew John Taylor** | : | CASE NO. 1:18-bk-04554 |
| | : | |
| Debtor | : | CHAPTER 13 |

AMENDED ORDER APPROVING PAYMENT OF COUNSEL FEES
TO TONY SANGIAMO, ESQUIRE
AS A CHAPTER 13 ADMINISTRATIVE EXPENSE

Upon consideration of a review of the application filed by Tony Sangiamo, Esquire, counsel for the above Debtor, and upon a review of the record revealing that Notice was given to all creditors and other parties in interest and no objections have been received within the Twenty-one (21) day notice period, it is hereby:

ORDERED that counsel fees for the period of time beginning November 26, 2019 through November 22, 2022, in the amount of $760.00 for legal services rendered by said counsel to the Debtor; and for reimbursement to said counsel for out-of-pocket expenses in the amount of $144.55 incurred from September 14, 2019 to November 22, 2022 for a total award of $904.55, are hereby approved for services rendered and expenses incurred by Tony Sangiamo, Esquire as a Chapter 13 Administrative Expense. It is further

ORDERED that after receipt of $800.00 from the Debtor, and $4,632.70 received from the Chapter 13 Trustee, the balance of $904.55 to be paid by the Chapter 13 Trustee through the Plan to counsel for the Debtor.